# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CLINTON WYLIE | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-cv-1986-S |
| JUDGE REED O'CONNOR, FACEBOOK, and JUDGE JEFFREY L. CURETON | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED November 25, 2020.

_____
**UNITED STATES DISTRICT JUDGE**